The Honorable Judge Tana Lin
U.S. District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PRISCILLA FYNN-JACKSON, an individual,

Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, a foreign insurance company,

Defendants.

No. 3:24-cv-05667-TL

[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**

*Clerk's Action Required*

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 11th day of February 2025.

_____
THE HONORABLE JUDGE TANA LIN
U.S. DISTRICT JUDGE

No. 3:24–cv–05667-TIL
[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS - 1**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

Presented by:

**WATHEN | LEID | HALL | RIDER, P.C.**

s/ William L. Weber, III
William L. Weber III, WSBA #25075
Gelline D. Nicolas, WSBA #62228
*Attorneys for Defendant Allstate*
222 Etruria Street
Seattle, WA 98109-6243
Tel: (206) 622-0494 | Fax: (206) 587-2476
wweber@wlhr.legal | gnicolas@wlhr.legal

Approved by:

**LAW OFFICE OF THADDEUS MARTIN**

Thaddeus P. Martin, WSBA #28175
*Attorney for Plaintiff Fynn-Jackson*
3015 Bridgeport Way West
University Place, WA 98466
T: (253) 682-3420
thad@thadlaw.com

No. 3:24-cv-05667-TIL
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476